## NEW YORK COMMON PLEAS — GENERAL TERM, NOVEMBER, 1893.

### STEINAM v. BELL.

*M. A. Lesser*, for plaintiff (appellant).

No appearance for defendant (respondent).

*Memorandum.* Notice of argument herein not having been served, the appellant, in default of an appearance for the respondent, was in no position to move the hearing. This appeal must, therefore, stand over until the next General Term to be held for the hearing of appeals from the District Courts.

---

## SUPERIOR COURT OF BUFFALO — GENERAL TERM, NOVEMBER, 1893.

### CLOSE v. BEALS.

THIS is an appeal by the defendant from a judgment entered on a verdict directed by the court in favor of the plaintiff and against the defendant for the sum of $1,400.

*Frank F. Williams*, for defendant (appellant).

*Simon Fleischmann*, for plaintiff (respondent).

WHITE, J. By stipulation of the parties, the decision in this case is to follow that in *Close* v. *Potter, ante,* page 543, and, therefore, the judgment appealed from should be reversed and a new trial granted, with costs to abide the event.

TITUS, Ch. J., concurs.

Judgment reversed, new trial granted, costs to abide event.